# Third District Court of Appeal
## State of Florida

Opinion filed November 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0200
Lower Tribunal Nos. F04-25415, F04-25416

_____

**Ronnie Howard,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro Areces, Judge.

Ronnie Howard, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.